# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH DAKOTA
# CENTRAL DIVISION

| | |
|---|---|
| GOVERNOR KRISTI NOEM, in her official capacity as the Governor of South Dakota, et al., *Plaintiffs*, <br><br> v. <br><br> DEB HAALAND, in her official capacity as United States Secretary of the Interior, et al., *Defendants*. | **NOTICE OF APPEAL** <br><br> Case No. 3:21-cv-03009 |

Plaintiffs now appeal to the United States Court of Appeals for the Eighth Circuit this Court's final judgment entered on July 12, 2021.

Dated: July 13, 2021

Respectfully submitted,

*/s/ Katie Hruska*

Katie Hruska (S.D. Bar. No. 4596)
Mark Miller (*pro hac vice*)
Special Assistant Attorney General
500 East Capitol Avenue
Pierre, SD 57501
(605) 773-5999
Katie.Hruska@state.sd.us

Jeffrey M. Harris (*pro hac vice*)
Bryan Weir (*pro hac vice*)
James F. Hasson (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2021, I filed the foregoing document through the CM/ECF system, thereby serving all counsel of record.

*/s/Katie Hruska*