# United States District Court
## District of South Dakota
Office of the Clerk

| | | |
|---|---|---|
| Central/Northern Division<br>P.O. Box 7147<br>Pierre, SD 57501 | Southern Division<br>400 South Phillips,<br>Room 128<br>Sioux Falls, SD 57104 | Western Division<br>515 Ninth Street,<br>Room 302<br>Rapid City, SD 57701 |

Matthew W. Thelen  
Clerk of Court

Telephone  
(605) 330-6600

July 14, 2021

### TRANSMITTAL OF NOTICE OF APPEAL IN A CIVIL CASE

1. **Short Caption & Case No.:**  3:21-cv-3009; USA v. Haaland et al

2. **Date Notice of Appeal filed:**  07/13/2021; Doc. 58

3. **Have other appeals been filed in this case? If so, Appeal No.:**  No

4. **Court Reporter:**  n/a

5. **Fee Status:**

   ☒ Paid   ☐ Not Paid   ☐ IFP granted   ☐ IFP Pending

*NOTE*: If this is a prisoner civil appeal, do *not* transmit the appeal until the filing fee has been paid or the district court rules on IFP. Otherwise, the Eighth Circuit will issue a limited remand.

6. **Are there any other pending motions?**  No

   **If yes, list pending motions and document numbers:**

7. **If this is a §2255 or §2254 appeal, has there been a ruling on COA?**  n/a

*NOTE:* Do *not* transmit the appeal until the district court rules on the COA or the Eighth Circuit will issue a limited remand

8. **Additional comments:**  None

Office of the Clerk